

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-8-2003

# Mahramas v. Bristol Hotel Mgmt

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-1029

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Mahramas v. Bristol Hotel Mgmt" (2003). *2003 Decisions.* Paper 70.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/70

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 03-1029
_____

TAMMY S. MAHRAMAS, an individual

Appellant

v.

BRISTOL HOTEL MANAGEMENT CORP.,
a Corporation; d/b/a HOLIDAY INN SELECT
UNIVERSITY CENTER

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

(Dist. Court No.  01-cv-02281)
District Court Judge: Hon. Donetta W. Ambrose

Submitted Under Third Circuit LAR 34.1(a)
October 23, 2003

Before:  ALITO, FUENTES and BECKER, Circuit Judges

(Opinion Filed: December 8, 2003)

_____

OPINION OF THE COURT

_____

ALITO, <u>Circuit Judge</u>:

This is an appeal from a District Court order granting summary judgment for the Bristol Hotel Management Corp. ("the Hotel") in a case alleging employment discrimination and retaliation, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e <u>et seq.</u> ("Title VII"), and the Pennsylvania Human Relations Act, 43 Pa. Stat. § 951 <u>et seq.</u> ("PHRA").

After a thorough analysis of the summary judgment record, the District Court concluded that Ms. Mahramas' claim of discriminatory discharge failed because Ms. Mahramas failed to establish a *prima facie* case. Specifically, the Court held that Ms. Mahramas failed to establish she was terminated under circumstances giving rise to an inference of discrimination. In addition, the Court concluded that she failed to establish that the Hotel's reasons for dismissing her were pretextual. Although Ms. Mahramas contests these holdings on appeal, we agree with the District Court and therefore affirm the order of the District Court regarding the claim of gender discrimination for essentially the reasons given in the District Court's Opinion and Order.

The District Court likewise rejected the plaintiff's claim of retaliatory discharge, because Ms. Mahramas failed to establish her *prima facie* case. Specifically, the Court held that Ms. Mahramas failed to establish a causal link between the activities she identified as protected and her termination. We agree with this analysis and therefore affirm this aspect of the District Court's order for essentially the reasons set out in the

District Court's Opinion and Order.

We have considered all of the appellant's arguments, but we conclude that the order of the District Court should be affirmed.

TO THE CLERK OF THE COURT:

Kindly file the foregoing Opinion.

/s/ Samuel A. Alito, Jr.
Circuit Judge